UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL E. BOSTROM, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>04-10948 (RCL) |

|  |  |  |
|---|---|---|
| JAMES KARANFILIAN, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>04-11101 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which

defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz, Joseph Frattaroli and Stephen G. Carter

(collectively the "Defendants") must answer, move or otherwise respond to the complaints in these

actions. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in these actions.



Thus, the parties respectfully request that the following pleading and briefing schedule be ordered in these cases:

- The consolidated amended complaint shall be due thirty-five (35) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have thirty-five (35) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have thirty-five (35) days from their receipt of Defendants' motion to file their opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have twenty (20) days to file a reply brief in support of their motion to dismiss.

Dated:  June 7, 2004

PAUL E. BOSTROM,
Individually and On Behalf of
All Others Similarly Situated,

JAMES KARANFILIAN,
Individually and On Behalf of Himself and All
Others Similarly Situated,

By their attorneys,


/s/ Theodore M. Hess-Mahan
Thomas G. Shapiro (BBO#454680)
Theodore M. Hess-Mahan (BBO#557109)
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

VASO ACTIVE PHARMACEUTICALS, INC.,
JOHN J. MASIZ, and JOSEPH FRATTAROLI,


By their attorneys,



/s/ Colleen Dunham Henschke
Jeffrey B. Rudman (BBO #433380)
Michael G. Bongiorno (BBO #558748)
Colleen Dunham Henschke (BBO #645009)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street,
Boston, Massachusetts 02109
(617) 526-6000

Richard S. Kraut
DILWORTH PAXSON LLP
1818 N Street, N.W., Suite 400
Washington, D.C. 20036
(202) 452-0900

*Co-counsel for Plaintiff Paul E. Bostrom:*

Martin D. Chitwood (GA Bar No. 124950)
Lauren S. Antonino (GA Bar No. 652408)
CHITWOOD & HARLEY LLP
2300 Promenade II
1230 Peachtree street N.E.
Atlanta, GA  30309
(404) 873-3900

Mark Gardy
Nancy Kaboolian
ABBEY GARDY LLP
212 East 39th Street
New York, NY  10016
(212) 889-3700

*Co-counsel for Plaintiff James Karanfilian:*

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY  10016
(212) 779-1414

IT IS SO ORDERED:

STEPHEN G. CARTER

By his attorney,

**/s/ Kay B. Lee**
John A. Stenn (BBO #629577)
Kay B. Lee (BBO #647224)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083

_____
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 7th day of June, 2004 either electronically or by overnight mail on:

Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

Kay B. Lee
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083

**/s/ Colleen Dunham Henschke**